FILED
2008 MAY 20 PM 4:06

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08- **CR08-00605** |
| Plaintiff, ) | |
| ) | **I N D I C T M E N T** |
| v. ) | |
| ) | [22 U.S.C. §§ 2778(b)(2), (c); |
| JOHN NAKKASHIAN, ) | 22 C.F.R. §§ 127.1(a)(1), |
| ) | 127.3: Illegal and Attempted |
| Defendant. ) | Illegal Export of Defense |
| ) | Articles; 18 U.S.C. § 2(b): |
| ) | Causing an Act to be Done] |

The Grand Jury charges:

COUNT ONE

[22 U.S.C. §§ 2778(b)(2), (c);

22 C.F.R. §§ 127.1(a)(1), 127.3; 18 U.S.C. § 2(b)]

On or about May 29, 2003, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN NAKKASHIAN, did willfully export, and caused to be exported, from the United States of America to Dubai, United Arab Emirates, a J85-GE-21B engine actuator, part number 4009T30G03, a defense article, without first obtaining from the United States

1  Department of State a license or written authorization for such
2  export, knowing such a license or authorization was required.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[22 U.S.C. §§ 2778(b)(2), (c);

22 C.F.R. §§ 127.1(a)(1), 127.3; 18 U.S.C. § 2(b)]

On or about September 18, 2003, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN NAKKASHIAN, did willfully export, and caused to be exported, from the United States of America to Dubai, United Arab Emirates, a J85-GE-21B engine ignition exciter, part number 5039T90P02, a defense article, without first obtaining from the United States Department of State a license or written authorization for such export, knowing such a license or authorization was required.

## COUNT THREE

[22 U.S.C. §§ 2778(b)(2), (c);

22 C.F.R. §§ 127.1(a)(1), 127.3; 18 U.S.C. § 2(b)]

On or about November 26, 2003, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN NAKASSHIAN, did willfully attempt to export, and cause to be exported from the United States of America to Bangkok, Thailand, an Ametek gyroscope, part number 8KD9AF6, a defense article, without first obtaining from the United States Department of State a license or written authorization for such export, knowing such a license or authorization was required.

COUNT FOUR

[22 U.S.C. §§ 2778(b)(2), (c);

22 C.F.R. §§ 127.1(a)(1), 127.3; 18 U.S.C. § 2(b)]

On or about January 20, 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN NAKKASHIAN, did willfully export, and caused to be exported, from the United States of America to Dubai, United Arab Emirates, a Hamilton Sundstrand Generator Control, part number 976J902-6, a defense article, without first obtaining from the United States Department of State a license or written authorization for such export, knowing such a license or authorization was required.

A TRUE BILL

/S/

_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section

RICHARD LEE
Assistant United States Attorney
National Security Section