# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

ORIGINAL

Case Number: **CR08-00605**   Defendant Number: **1**

USA v. **JOHN NAKKASHIAN**   Year of Birth: **1956**

☒ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.): **DCIS**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE
a. Offense charged as a: ☐ Petty Offense ☐ Misdemeanor ☐ Minor Offense ☒ Felony
b. Date of Offense: **5/29/03 - 6/20/04**
c. County in which first offense occurred: **Los Angeles**
d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY
- ☒ Los Angeles    ☐ Ventura
- ☐ Orange         ☐ Santa Barbara
- ☐ Riverside      ☐ San Luis Obispo
- ☐ San Bernardino ☐ Other _____

Citation of Offense: **22 USC § 2778**

☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☒ No

*AN ORIGINAL AND 3 COPIES OR THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☒ No  ☐ Yes
IF YES, Case No. _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
Related case(s), if any: **MUST ATTACH NOTICE OF RELATED CASE:** _____

## Superseding Indictment/Information
This is the _____ Superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ Is still pending before Judge/Magistrate Judge _____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint: ☐ is still pending

*AN ORIGINAL AND 3 COPIES OR THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

CR-72 (7/05)                    CASE SUMMARY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

- ■ Male ☐ Female
- ■ U.S. Citizen ☐ Alien
- Alien Names(s) _____

This defendant is charged in : ■ All counts

☐ Only counts: _____

☐ This defendant is designed as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designed as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ■ No

IF YES, should matter be sealed? ☐ Yes ■ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud      ☐ public corruption
- ☐ government fraud      ☐ tax offenses
- ☐ environmental issues      ☐ mail/wire fraud
- ■ Other: Export Control _____

_____

in the amount of $ _____

c. PSA supervision? ☐ Yes ☐ No

d. Is a Fugitive ■ Yes ☐ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested. ☐ Yes ☐ No

**Defendant is in custody:**

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction: ☐ Yes ☐ No

IF YES ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES ☐ State ☐ Federal AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred form another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400]

**CUSTODY STATUS**

Defendant is **not** custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information (Explain): _____

_____

22. Date: 5-16-08      23. _[signature]_
 _Signature of Assistant U.S. Attorney_

23. RICHARD Y. LEE
 _Print Name_

CR-72 (07/05)      CASE SUMMARY      Page 2 of 2